United States Court of Appeals

Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60163
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                         Plaintiff-Appellee,

versus

MICHAEL BULLOCK,

                                         Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:01-CR-7-ALL
---------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender representing Michael Bullock has

moved for leave to withdraw and has filed a brief in accordance

with Anders v. California, 386 U.S. 738 (1967).  Our independent

review of the record, counsel's brief, and Bullock's response

shows that there are no nonfrivolous issues for appeal.  We

decline to address any claim of ineffective assistance of

counsel, without prejudice to Bullock's right to assert such

claims in a motion pursuant to 28 U.S.C. § 2255.  United States

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

v. Higdon, 832 F.2d 312, 314 (5th Cir. 1987).  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. See 5TH CIR. R. 42.2.